**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| SANDRA FRANCESCON and BARBARA GOODWIN,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTH VISTA HOSPITAL, INC., *et al.,*<br><br>        Defendants. | 2:13-cv-00910-JCM-VCF<br><br>**MINUTE ORDER** |

The Court has been notified that the parties have reached a settlement of all matters in this case.

IT IS HEREBY ORDERED that the hearing scheduled for 3:00 p.m., May 9, 2014, is VACATED.

IT IS FURTHER ORDERED that the parties must file a Stipulation and Order for Dismissal on or before June 23, 2014.

IT IS FURTHER ORDERED that the following motions are DENIED without prejudice:

1. Plaintiffs' Motion for a Protective Order Quashing Defendants' Third Party Subpoenas (#27),

2. Defendants' Motion to Compel Discovery from Plaintiff Sandra Francescon (#34),

3. Motion for Leave to File Brief in Excess of Thirty Pages (#35),

4. Defendants' Motion to Compel Discovery from Plaintiff Barbara Goodwin (#36),

5. Motion for Leave to file Brief in Excess of Thirty Pages (#37); and,

6. Motion to Withdraw as Counsel of Record for Plaintiffs (#40).

DATED this 21st day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE