Stephen W. Mooney, Esq.
Nevada Bar No. 9870
*smooney@wwhgd.com*
Jeremy R. Alberts, Esq.
Nevada Bar No. 10497
*jalberts@wwhgd.com*
Matthew T. Gomes, Esq.
Georgia Bar No. 297453
*mgomes@wwhgd.com*
Admitted Pro Hac Vice
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA FRANCESCON and BARBARA GOODWIN,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH VISTA HOSPITAL, INC. d/b/a NORTH VISTA HOSPITAL; IASIS HEALTHCARE, LLC; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No.:   2:13-cv-00910-JCM-VCF<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. The parties having stipulated and agreed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action and all claims asserted herein shall be dismissed with prejudice to their refiling, and that all parties shall bear their own costs, it is hereby SO ORDERED. The above-

1  referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any
2  party.
3       DATED May 22, 2014.

_____
The Honorable James C. Mahan
United States District Judge